FILED BY _____ D.C.

05 OCT 25 PM 4:45

CLERK U.S. DISTRICT COURT
W.D. OF TN. JACKSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | Cr. No. 0 5 - 1 0 0 8 1 - T |
| v. | ) | |
| | ) | |
| ADDISON B. JONES, | ) | |
|     Defendant. | ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **ADDISON B.**

**JONES**, now being detained in the Benton County Jail, appear before the Honorable S. Thomas

Anderson on _TUESDAY, 11-08-05_ at _2:00_ a.m./p.m. for initial appearance and for such

other appearances as this Court may direct.

Respectfully submitted this _21st_ day of October 2005.

_James W. Powell_
JAMES W. POWELL
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Benton County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **ADDISON B. JONES** appear before the

Honorable S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this _24th_ day of _October_ 2005.

_S. Thomas Anderson_
**S. THOMAS ANDERSON**
**United States Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10/26/05_

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10081 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT