*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF RE-SETTING
## Before Judge James D. Todd, Chief United States District Judge

November 28, 2005

RE:   1:05cr10026 -01-T & 05-10068-01-T
      USA v. MARK MCCURRY

Dear Sir/Madam:

A(n) **JURY TRIAL** before **Judge James D. Todd** has been **RE-SET** from WEDNESDAY, DECEMBER 7, 2005 at 9:30 A.M. to **WEDNESDAY, JANUARY 18, 2006** at **9:30 A.M. in Courtroom 432, 4th floor of the U. S. Courthouse, Jackson, Tennessee before Judge James D. Todd** .

A new report date/motion hearing is set for Wednesday, December 28, 2005, at 8:30 A.M.

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: *Evelyn Cheairs*
Evelyn Cheairs, Case Manager
731-421-9207

19/15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10081 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT